**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**PAULA M. ROE,**

**Plaintiff,**

**v.**

**CC SERVICES, INC.,**

**Defendant.** **No. 04-CV-4051-DRH**

**MEMORANDUM AND ORDER**

**HERNDON, District Judge:**

As of this date, the Clerk's Office has received the following signed consents to become a party plaintiff: (1) Thomas Graves; (2) Daniel Wede; (3) Michael Uselton; (4) Matt Wilson; (5) Dana Ritcheson; (6) Karl Walz; (7) Paulette Rollinson; (8) Ted Healy; (9) James Hinton; (10) Chad Kerley; (11) Paula Roe-Midgett; (12) Paul Decker; (13) Patricia Witt; (14) Trier Johnson; (15) Alan McAfee; (16) Joe Boyd; (17) Claudia Schultz; (18) Matthew Charlton; (19) Kevin Quitmeyer; (20) Paul Augsburger;

(21) Kenneth Lockwood; (22) Mark Atchason; (23) Seth Gelander; (24) Lisa Gray; (25) Paul Watkins; (26) William Little; (27) Delores Duffy; (28) Jonathan Ng; (29) J.D. Hinton; (30) Cassandra Gregory; (31) Dennis Krueger; (32) Gerald Blaudow; (33) Brent Berreth; (34) Edward L. Beard; (35) Michael Ehlers; (36) Andrea Dunmore; (37) Larry Elliott; (38) Pete A. Jossi; (39) Irene Keck; (40) Jeffery E.

Tremble; and (41) Matthew A. Nichols.[1] The consents are deemed filed pursuant to **29 U.S.C. § 216(b)**. The Court is retaining the originals.

**IT IS SO ORDERED.**

Signed this 31st day of January, 2006.

/s/ David RHerndon
**United States District Judge**

[1]All of the consents were postmarked prior to September 14, 2005.