IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PAULA M. ROE-MIDGETT, Individually
and as Collective Action
Representative and PAUL DECKER,
Individually and as Collective Action
Representative,

        Plaintiffs,

   -vs-                                       No. 04-CV-4051-DRH

CC SERVICES, INC.,

        Defendant.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on Defendant's motions for summary judgment and Plaintiffs' cross motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that Defendant's motions are **GRANTED** and Plaintiffs' motion is **DENIED**. Judgment is entered in favor of Defendant **CC SERVICES, INC.** and against Plaintiffs **PAULA ROE-MIDGETT and PAUL DECKER.**

                                                   **NORBERT G. JAWORSKI, CLERK**

March 29, 2006                                    By:  s/Patricia Brown
                                                           Deputy Clerk

APPROVED:/s/     David   R Herndon
                **U.S. DISTRICT JUDGE**