IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PAULA M. ROE-MIDGETT, Individually
and as Collective Action
Representative and PAUL DECKER,
Individually and as Collective Action
Representative,

        Plaintiffs,

      -vs-                                            No. 04-CV-4051-DRH

CC SERVICES, INC.,

        Defendant.

## AMENDED JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on Defendant's Motion to Alter or Amend Judgment .

**IT IS ORDERED AND ADJUDGED** that the Defendant's motions for summary judgment are **GRANTED**. Judgment is entered in favor of Defendant **CC SERVICES, INC.,** and against Plaintiffs **THOMAS GRAVES, DANIEL WEDE, MICHAEL USELTON, MATT WILSON, DANA RITCHESON, KARL WALZ, PAULETTE ROLLINSON, TED HEALY, JAMES HINTON, CHAD KERLEY, PAULA ROE-MIDGETT, PAUL DECKER, PATRICIA WITT, TRIER JOHNSON, ALAN McAFEE, JOE BOYD, CLAUDIA SCHULTZ, MATTHEW CHARLTON, KEVIN QUITMEYER, PAUL AUGSBURGER, KENNETH LOCKWOOD, MARK ATCHASON, SETH GELANDER, LISA GRAY, PAUL WATKINS, WILLIAM LITTLE, DELORES DUFFY, JONATHAN NG, J.D. HINTON, CASSANDRA GREGORY, DENNIS KRUEGER, GERALD BLAUDOW, BRENT BERRETH, EDWARD**

**L. BEARD, MICHAEL EHLERS, ANDREA DUNMORE, LARRY ELLIOTT, PETE A. JOSSI, IRENE KECK, JEFFREY E. TREMBLE and MATTHEW A. NICHOLS.----------------**

                                                **NORBERT G. JAWORSKI, CLERK**

April 6, 2006                                    By: s/Patricia Brown
                                                                     Deputy Clerk

APPROVED: /s/ David R Herndon
               **U.S. DISTRICT JUDGE**